UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FLORIDA CASE NO.:

ANGEL RICHITELLI,

    Plaintiff,

vs.

UNITED STATES POSTAL SERVICE,

    Defendant.

_____/

## COMPLAINT

COMES NOW, Plaintiff, ANGEL RICHITELLI , by and through the undersigned counsel and hereby sues theDefendant, UNITED STATES POSTAL SERVICE and for cause of action alleges as follows:

### GENERAL ALLEGATIONS

1. This action is brought pursuant to the Federal Tort Claims Act.

2. On March 1st, 2021, Plaintiff submitted an Administrative Claim for the claim set forth below to the United States Postal Service, which was received by the United States Postal Service on March 3rd, 2021. (See attached Exhibit "A").

3. Defendant acknowledged receipt of the Administrative Claim and issued a final denial dated September 28th, 2021. (See attached Exhibit "B")

4. All conditions precedent to filing under the Federal Tort Claims Act have been met.

5. Venue is proper within this District under 28 U.S.C. § 1402(b) as the acts complained of occurred in the Southern District of Florida and Plaintiff is a resident of this District.

### PARTIES

6. Plaintiff, ANGEL RICHITELLI, is a resident of Broward County, Florida.

7. The UNITED STATES POSTAL SERVICE is an appropriate Defendant under the Federal

Tort Claims Act, and subject to no exceptions thereunder.

8. At all times material hereto, the Defendant, UNITED STATES POSTAL SERVICE, owned, controlled, managed, and/or maintained a post office located at or near 2350 North University Drive, Pembroke Pines, Florida 33024.

## FACTS

9. On or about August 2nd, 2019, Defendant, UNITED STATES POSTAL SERVICE, by and through its agents, servants, and/or employees acted within the course and scope of their employment.

10. At all times material hereto, Defendant, UNITED STATES POSTAL SERVICE by and through its agents, servants and/or employees:

    a. Operated, conducted, engaged in and/or carried on a business venture in the State of Florida and, in particular, in Pembroke Pines, Florida;

    b. Engaged in substantial business activity in the State of Florida and in particular, Pembroke Pines, Florida;

11. On or about August 2nd, 2019, Plaintiff, ANGEL RICHITELLI , was visiting the post office in Pembroke Pines, Florida when she placed mail inside a wet mail box, which was installed/stationed next to an electrical/utility pole and she suffered electrocution injuries.

12. As a result of the electrocution, Plaintiff suffered injuries, prolonged right and left median sensory peak latency and motor distal latency; acute post traumatic headache; wound of sacral region and cervical disk herniations.

13. As a result of Defendant, UNITED STATES POSTAL SERVICE's failure to properly maintain the area, Plaintiff suffered significant and permanent personal injury.

**COUNT I – CAUSE OF ACTION AGAINST UNITED STATES POSTAL SERVICE**

14. Plaintiff realleges paragraphs 1 through 13 above, as if fully incorporated and set forth herein.

15. Defendant, UNITED STATES POST OFFICE owed Plaintiff, ANGEL RICHITELLI, a duty to maintain the mail box located in the post office in a reasonably safe condition.

16. Defendant, UNITED STATES POST OFFICE, and its employees owed the Plaintiff a duty of reasonable care to maintain the subject property in a condition reasonably safe for its intended uses and free from all conditions which would render it dangerous and unsafe for the Plaintiff, or present an unreasonable risk of harm to her, in her lawful use of the same.

17. That it was the duty of the Defendant, UNITED STATES POSTAL SERVICE, to warn the Plaintiff of aforesaid dangerous and unsafe condition.

18. The Defendant, UNITED STATES POSTAL SERVICE, breached their duty of care to the Plaintiff, by committing one or more of the following negligent acts of commission and/or omission which proximately caused injury to the Plaintiff as hereinafter alleged more fully:

    (a) The Defendant failed to properly maintain, inspect, and examine the subject property, particularly the wet mail box;

    (b) The Defendant should have exercised reasonable care in the care of the subject property, particularly the wet mail box;

    (c) The Defendant failed to warn the Plaintiff of the dangerous condition;

    (d) The afore-described dangerous condition was a regular, reoccurring, and ongoing condition.

19. Defendant knew, or in the exercise of reasonable care, should have known of the afore-described dangerous and hazardous condition.

20. That the aforesaid acts of negligence on the parts of the Defendant were the proximate cause of the injuries sustained by the Plaintiff.

21. As a result of Defendant, UNITED STATES POST OFFICE's failure to properly maintain the mail box, Plaintiff suffered significant and permanent personal injury.

22. As a direct and proximate result of the above described negligence, the Plaintiff has incurred medical bills, has suffered bodily injury resulting in severe physical pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, aggravation of preexisting injuries, if any, lost wages and loss of the ability to earn wages. Her losses are permanent and continuing in nature and the Plaintiff will suffer losses in the future.

WHEREFORE, the Plaintiff, ANGEL RICHTELLI, demands judgment against the Defendant, UNITED STATES POSTAL SERVICE, for damages, costs, and any other relief this Court may deem appropriate. The Plaintiff further demands trial by jury as to all issues so triable as a matter of right.

DATED this 19th day of October, 2021.

Jose E. Aguirre, Esq.
lowercase, PLLC
Attorney for Plaintiff
3250 NE 1st Avenue #305
Miami, FL 33137
Ph:     833.569.335
Fax:    833.569.3335
Email: service@lowercaselaw.com

**By** */s/ Jose Aguirre*
        Jose E. Aguirre
        Fla. Bar #92675